3/9/10

US Bankruptcy Court-District of Delaware
Attention of Clerk
824 Market St
3rd Floor
Wilmington, DE 19801

Re: HomeBanc Mortgage Corporation  07-11081-KJC

Dear Court Clerk,

It has been nearly one year since I complied with request to refile my initial claim with the court. Having been employed with HomeBanc for nearly 20 years, I was hopeful to get fair consideration for some restitution. Specifically, I recently learned that some fellow employees were granted restitution for the deferred income portion of their claim. Having filed that claim accordingly in 2007, I am wondering why I wasn't granted the same benefit of repayment of deferred income. In addition, many executives and senior managers with less service time received fair severance payout, while my severance was never fully paid according to the terms of my severance agreement.

Having been challenged like many to begin the process of rebuilding a career after laboring loyally for years to help build HomeBanc into a *"great place to work"*, I am financially challenged now in that process. I am in the midst of losing a home, and have exhausted all my retirement savings. I am asking that I be granted reconsideration on any/all of the above claims. At least, a reply explaining what the outcome was or current status is, would be a step in the right direction. I also want to provide a most recent address in the event correspondence was mailed, but not forwarded. My current mailing address and residence is:

Thomas J. Flood
945 Ben Franklin Dr #6
Sarasota, FL 34236
Tjflood58@yahoo.com
(941)350-3001

*Please double check new address / Thanks*

I look forward to your written reply and thank you in advance,

Thomas J. Flood