## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                          :
                                                :  Chapter 7
                                                :
HOMEBANC MORTGAGE                               :
CORPORATION, et al.,[1]                         :  Case Nos. 07-11079 (KJC)
                                                :  (Jointly Administered)
              Debtors.                          :
                                                :  **Related to Docket No. 2302**

## CERTIFICATION OF COUNSEL WITH RESPECT TO ORDER
## RESOLVING MOTION FOR RELIEF FROM STAY REGARDING 401K ACCOUNT

I, R. Craig Martin, counsel to George L. Miller, Chapter 7 Trustee (the "Trustee"), submit

this Certification of Counsel under Local Bankruptcy Rule 9013-1(b) and request that the Court

enter the order attached to this Certification as Exhibit "A," (the "Order").

On September 24, 2010, Douglas Wynne forwarded a letter to the Honorable Kevin J.

Carey, Chief Judge, which was filed in the above-captioned case on October 10, 2010, as *Motion*

*for Relief from Stay Regarding 401k Account* [Docket No. 2302] (the "Motion").  On November

17, 2010, Judge Carey conducted a hearing on the Motion and based on the report of the

Trustee's counsel at that hearing ruled that this matter is now resolved and no further action is

required.

WHEREFORE the undersigned respectfully requests entry of the Order.

---

[1]  HomeBanc Mortgage Corporation, Case No. 07-11079, HomeBanc Corp., Case No. 07-11080, HomeBanc Funding Corp., Case No. 07-11081, HomeBanc Funding Corp. II, Case No. 07-11082, HMB Acceptance Corp., Case No. 07-11083 and HMB Mortgage Partners, LLC, Case No. 07-11084 (collectively, the "Debtors").

WLM 524277.1

Dated: Wilmington, Delaware
           November 18, 2010                    Respectfully submitted,

                                                */s/ R. Craig Martin*
                                                Stuart M. Brown (Del. I.D. #4050)
                                                R. Craig Martin (Del. I.D. #5032)
                                                EDWARDS ANGELL PALMER & DODGE LLP
                                                919 North Market Street, 15th Floor
                                                Wilmington, Delaware 19801
                                                (302) 777-7770


                                                *Counsel to the Chapter 7 Trustee, George L. Miller*

WLM 524277.1