## Exhibit A

WLM 524277.1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 7 |
| HOMEBANC MORTGAGE | : |
| CORPORATION, et al.,[1] | : Case Nos. 07-11079 (KJC) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : **Related to Docket No. 2302 & \_\_\_\_** |

## ORDER RESOLVING MOTION FOR RELIEF
## FROM STAY REGARDING 401K ACCOUNT

On November 17, 2010, the Court held a hearing on the *Motion for Relief from Stay Regarding 401k Account* [Docket No. 2302] (the "Motion"), which was filed on October 5, 2010, in the above-captioned case. Trustee's counsel provided the Court with a status report at that hearing and based on that report, it is hereby

ORDERED, that the Motion is RESOLVED; and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to this order.

Dated: November \_\_\_\_, 2010
Wilmington, Delaware

Kevin J. Carey
Chief United States Bankruptcy Judge

---

[1] HomeBanc Mortgage Corporation, Case No. 07-11079, HomeBanc Corp., Case No. 07-11080, HomeBanc Funding Corp., Case No. 07-11081, HomeBanc Funding Corp. II, Case No. 07-11082, HMB Acceptance Corp., Case No. 07-11083 and HMB Mortgage Partners, LLC, Case No. 07-11084 (collectively, the "Debtors").