## CERTIFICATE OF SERVICE

I, R. Craig Martin, do hereby certify that on November 18, 2010, a true and correct copy of the attached *Certification of Counsel with Respect to Order Resolving Motion for Relief from Stay Regarding 401k Account* to the parties on the attached service list by first class U.S. Mail, postage pre-paid.

                                       */s/ R. Craig Martin*
                                       R. Craig Martin (Del. I.D. #5032)

HomeBanc Mortgage Corporation 2002 Service List
Document No. 516610
00 – Via Hand Delivery
87– Via First Class Mail

*First Class Mail*
America's Servicing Company
Bankruptcy Dept.
c/o McCALLA RAYMER, LLC
1544 Old Alabama Road
Roswell, GA 30076
(America's Servicing Company)

*First Class Mail*
American Express Travel Related Svcs Co
Gilbert B. Weisman, Esq.
c/o Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355
(American Express)

*First Class Mail*
Don A. Beskrone, Esq.
Gregory A. Taylor, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(Ad Hoc Committee of Closing Attorneys)

*First Class Mail*
Brian W. Bisignani, Esq.
Post & Schell, PC
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601
(AON Consulting)

*First Class Mail*
Broward County, Dept. of Finance
Attn: Jeffrey J. Newton
Governmental Center Annex
115 South Andrews Ave.
Ft. Lauderdale, FL 33301

*First Class Mail*
Jacob A. Brown, Esq.
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202-3640
(MIL Owner, LLC)

*First Class Mail*
Matthew J. Browne, Esq.
Frederic Dorwart, Lawyers
124 East Fourth Street
Old City Hall
Tulsa, OK 74103
(Bank of Oklahoma, N.A.)

*First Class Mail*
Chase Home Finance, LLC
c/o McCalla Raymer, LLC, Bankruptcy Dept.
A. Michelle Hart, Esq.
1544 Old Alabama Road
Roswell, GA 30076-2102
(America's Servicing Company)

*First Class Mail*
Howard A. Cohen, Esq.
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
(Counsel to the Official Unsecured Creditors Committee)

*First Class Mail*
Jules S. Cohen, Esq.
Akerman Senterfitt
420 South Orange Ave., Suite 1200
CNL Center ** at City Commons
Orlando, Fl 32801-3336
(Premium Assignment Corporation)

*First Class Mail*
Ronald L. Cohen, Esq.
Laurie R. Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(U.S Bank National Association)

*First Class Mail*
Mark D. Collins, Esq.
Jason M. Madron, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Bank of New York Mellon Corporation)

*First Class Mail*
Dennis J. Connolly, Esq.
Matthew W. Levin, Esq.
Jason H. Watson, Esq.
Jennifer M. Meyerowitz, Esq.
Alston & Bird LLP
1201 West Peachtree Center, One Atlantic Center
Atlanta, GA 30309-3424
(Co-Counsel to Debtors)

*First Class Mail*
H. Slayton Dabney, Esq
Jason Richard Wolf, Esq.
King & Spalding
1185 Avenue of the Americas
New York, NY 10036
(Bank of NY Mellon Corporation)

*First Class Mail*
Kalyan Das, Esq.
Ronald L. Cohen, Esq.
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004
(U.S. Bank National Association)

*First Class Mail*
Frank W. DeBorde, Esq.
Morris Manning & Martin LLP
3343 Peachtree Rd., NE
1600 Atlanta Financial Center
Atlanta, GA 30326
(Ad Hoc Committee of Closing Attorneys)

*First Class Mail*
Robert J. Dehney, Esq.
Gregory W. Werkheiser, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(JP Morgan Chase Bank, NA)

*First Class Mail*
Dennis F. Dunne, Esq.
Dennis C. O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(JP Morgan Chase Bank, NA)

*First Class Mail*
Oscar B. Fears, III, Esq.
Assistant Attorney General
Georgia Department of Revenue
40 Capitol Square, S.W.
Atlanta, GA 30334
(Georgia Department of Banking)

*First Class Mail*
Ian H. Gershengorn, Esq.
Jenner and Block LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412

*First Class Mail*
Harry J. Giacometti, Esq.
Smith Giacometti, LLC
1650 Market Street, 36th Floor
Philadelphia, PA 19103
(O'Kelley & Sorohan, LLC)

*First Class Mail*
Kevin C. Gleason, Esq.
Kevin Gleason, P.A.
4121 N. 31st Ave.
Hollywood, FL 33021-2011
(Bradford T. King, et al.)

*First Class Mail*
Lisa R. Hatfield, Esq.
Morris/Hardwick/Schneider
284 East Main Street
Newark, DE 19711
(DLJ Mortgage Capital, Inc. c/o Select Portfolio Servicing, Inc.)

*First Class Mail*
Scott Hazan, Esq.
Lorenzo Marinuzzi, Esq.
Otterbourg Steindler Houston & Rosen, PC
230 Park Avenue, 29th Floor
New York, NY 10169
(Counsel to the Official Unsecured Creditors Committee)

*First Class Mail*
Bryan P. Hilton, Esq.
Attorney for Marjorie H. Fletcher
Bryan P. Hilton, P.C.
8641 Dorris Road, Suite 220B
P.O. Box 1970
Douglasville, GA 30133-1970
(Marjorie H. Fletcher)

*First Class Mail*
Deborah A. Ibrahim, V.P.
Vice President
U.S. Bank National Association
One Federal Street, 3rd Floor
Corporate Trust Services
Boston, MA 02110
(U.S. Bank National Association)

*First Class Mail*
Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
(IRS)

*First Class Mail*
Lewis S. Kahn, Esq.
Kahn Gauthier Swick, LLC
650 Poydras St., Suite 2150
New Orleans, LA 70130
(William Kornfeld, Creditor)

*First Class Mail*
Robert J. Keach, Esq.
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104
(Ad Hoc Committee of Participants in the Deferred Compensation Plan)

*First Class Mail*
Graham Kidner, Esq
FREDDIE MAC
8200 Jones Branch Drive- MS 202
McLean, VA 22102

*First Class Mail*
Adam T. Klein, Esq.,
Justin M. Swartz, Esq.
Jack A. Raisner, Esq.,
Rene S. Roupinian, Esq.
Outten & Golden
3 Park Avenue, 29th Fl.
New York, NY 10016
(Plaintiffs (07-51695)

*First Class Mail*
John Krigsman
First American Capital V LLC
7286 Siena Way
Boulder, CO 80301-3722

*First Class Mail*
Nina M. LaFleur, Esq.
LaFleur Law Firm
P.O. Box 861128
St. Augustine, FL 32086
(Jeffrey P. Mouhalis)

*First Class Mail*
Kimberly E. Lawson, Esq.
J. Cory Falgowski, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(Federal Home Loan Mortgage Corporation)

*First Class Mail*
Larry A. Levick, Esq.
Michelle E. Shriro, Esq.
Gerard Singer Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001
(Cousnel for Affiliated Computer Services, Inc.)

*First Class Mail*
R. Frederick Linfesty, Esq.
Iron Mountain Information Management, Inc.
745 Atlantic Avenue
Boston, MA 02111
(Iron Mountain Information Management, Inc.)

*First Class Mail*
Christopher D. Loizides, Esq.
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
(Morris Hardwick Schneider)

*First Class Mail*
Paul J. Lukas, Esq.
Donald H. Nichols, Esq.
Matthew C. Helland, Esq.
Nichols Kaster & Anderson PLLP
80 South Eighth Street, Suite 4600
Minneapolis, MN 55402-2242
(Plaintiffs  (07-51695)

*First Class Mail*
Peter McGonigle
FANNIE MAE
1835 Market Street, Suite 2300
Philadelphia, PA 19103

*First Class Mail*
Brian J. McLaughlin, Esq
Rachel B. Mersky, Esq.
Monzack Mersky McLaughlin and Browder, P.A.
1201 Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801
(Claimants  (07-51695)

*First Class Mail*
Kim E. Miller, Esq.
Kahn Gauthier Swick, LLC
12 East 41st Street, 12th Floor
New York, NY 10017
(William Kornfeld, Creditor)

*First Class Mail*
Rick S Miller, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(Bradford T. King, et al.)

*First Class Mail*
Stephen M. Miller, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899
(Premium Assignment Corporation)

*First Class Mail*
Russell W. Mills, Esq.
Hiersche, Hayward, Drakeley & Urbach, P.C.
Jason M. Katz
15303 Dallas Parkway, Suite 700
Addison, TX 75001
(Inter-Tel Leasing)

*First Class Mail*
Sheryl L. Moreau, Esq.
Office of the Attorney General
Missouri Department of Revenue
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475
(Department of Revenue, State of Missouri)

*First Class Mail*
Tina N. Moss, Esq.
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022

*First Class Mail*
George H. Myshrall, Jr., Esq.
Heyman & Sizemore, LLC
340 Interstate North Parkway, Suite 300
Atlanta, GA 30339
(Blue Cross Blue Shield of Georgia, Inc)

*First Class Mail*
Richard P. Norton, Esq.
559 Lexington Avenue, 29th Floor
New York, NY 10022

*Hand Delivery*
Office of the United States Trustee
Attn: David L. Buchbinder, Esq.
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
(United States Trustee)

*First Class Mail*
Steven J. Olsen, Esq.
Withrow, McQuade & Olsen, LLP
3379 Peachtree Road, N.E., Suite 970
Atlanta, GA 30326
(Lavista Associates)

*First Class Mail*
Richard Palacio, Esq.
Ashby & Geddes, P.A.
Benjamin W. Keenan, Esq.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(United Guaranty Services, Inc.)

*First Class Mail*
Ann Pille, Esq.
Reed Smith LLP
10 South Wacker Avenue
Chicago, IL 60606
(GECC)

*First Class Mail*
Robert H. Pryor, Esq.
Scott P. Vaughn, Esq.
McGuire Wood, LLP
201 North Tryon Street, Suite 3000
P.O.Box 31247
Charlotte, NC 28231
(First Charter Bank)

*First Class Mail*
Sandeep Qusba, Esq.
Scott Greissman, Esq.
White & Case
1155 Avenue of the Americas
New York, NY 10036-2787
(White & Case)

*First Class Mail*
Robert J. Rosenberg, Esq.
Michael J. Riela, Esq.
Latham & Watkins LLP
885 Third Avenue, 53rd at Third, Suite 1000
New York, NY 10022-4068
(Lehman Brothers Band, FSB et al.)

*First Class Mail*
Frederick B. Rosner, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
(Certain Lenders Under Security Agreement)

*First Class Mail*
Todd C. Schiltz, Esq.
Wolf Block Schorr & Solis-Cohen, LLP
1100 N. Market Street, Suite 1001
Wilmington, DE 19801-3319
(Wells Fargo N.A.)

*First Class Mail*
Eric Lopez Schnabel, Esq.
Dorsey & Whitney
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
(U.S. Bank National Asso.)

*First Class Mail*
Mark Schonfeld
Regional Director
Securities and Exchange Commission
233 Broadway
New York, NY 10279
(Securities and Exchange Commission)

*First Class Mail*
Andrew I. Silfen, Esq.
Sally Siconolfi, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019
(Wilmington Trust Company)

*First Class Mail*
Christopher P. Simon, Esq.
Cross & Simon, LLC
913 North Market Street, Suite 1001
Wilmington, DE 19801

*First Class Mail*
Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046

*First Class Mail*
Richard J. Squadron, Esq.
Smith Giacometti, LLC
901 N. Market Street, Suite 483
Wilmington, DE 19801
(O'Kelley & Sorohan, LLC)

*First Class Mail*
Marc Stanley
The Professional Centre at the Gardens Mall, LLP
2515 State Road 7, Suite 230
Wellington, FL 33414
(The Professional Centre at The Gardens Mall, Ltd.)

*First Class Mail*
Catherine Steege, Esq.
Jenner and Block LLP
330 N. Wabash Avenue
Chicago, IL 60611

*First Class Mail*
Stuart Maue
Attn: Linda K. Cooper
3840 McKelvey Road
St. Louis, MO 63044
(Fee Auditor)

*First Class Mail*
Tennesse Department of Revenue
c/o Tennessee Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

*First Class Mail*
Mark A. Thompson
DeKalb County Law Department
Senior Assistant County Attorney
1300 Commerce Drive, 5th Floor
Decatur, GA 30030

*First Class Mail*
Franklin H. Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603
(Wells Fargo)

*First Class Mail*
Joel A. Waite, Esq.
Joseph M. Barry, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899-0391
(Debtors' Counsel)

*First Class Mail*
Gilbert B. Weisman, Esq.
American Express Travel Related Svcs Co Inc Corp Card
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355
(American Express Travel Related Svcs Co Inc Corp Card)

*First Class Mail*
Joseph E. White, III, Esq.
Maya Saxena, Esq.
Saxena White P.A.
2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
(William Kornfeld, Jr., Eldon Kadel, Glen Possley, Dennis Wallace, James Weir, William Klein)

*First Class Mail*
Michael G. Wilson, Esq.
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(ZC Sterling Corporation)

*First Class Mail*
Etta R. Wolfe, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 10th Floor
PO Box 410
Wilmington, DE 19899
(Wells Fargo Financial Leasing)

*First Class Mail*
James S. Yoder, Esq.
White and Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(Weinstock & Scavo, P.C.)

*First Class Mail*
U.S. Department of Labor
200 Constitution Ave., NW
Washington, DC 20210

*First Class Mail*
CEP Consultants, Inc.
1800 Walt Whitman Road
Melville, NY 11747

*First Class Mail*
William J. Burnett, Esq.
Flaster & Greenberg, P.C.
1600 JFK Blvd., 2nd Floor
Philadelphia, PA 19103

*First Class Mail*
Charles J. Brown, III, Esq.
Archer & Greiner PC
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

*First Class Mail*
Robert H. Pryor, Esq.
J. Trevor Johnston, Esq.
McGuireWoods, LLP
201 North Tryon Street
P.O. Box 31247
Charlotte, NC 31247

*First Class Mail*
Jonathan M. Mofsky, Esq.
Siegfried, Rivera, Lerner,
De La Torre & Sobel, P.A.
201 Alhambra Circle, #603
Coral Gables, FL 33134

*First Class Mail*
Mr. Jim Flood
5420 Northwest 122nd Drive
Coral Springs, FL 33076

*First Class Mail*
McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076
(EMC Mortgage Corporation)

*First Class Mail*
Kathleen M. Miller
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899

*First Class Mail*
Gary D. Beelen
Drew Eckl & Farnham, LLP
880 W. Peachtree Street
P.O. Box 7600
Atlanta, GA 30357

***First Class Mail***
Douglas Wynne
4869 Manatee Court
Powder Spring, GA 30127